No. 01–10774. DORSEY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 01–10775. DUCKETT v. QUICK, DIRECTOR, DISTRICT OF COLUMBIA BOARD OF PAROLE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–10776. RODRIGUEZ v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10777. RIVERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10778. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10779. LOGAN v. CLARKE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–10780. JEREMIAH v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 01–10781. HONIE v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 01–10782. HASS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10783. GUY v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 10th Cir. Certiorari denied.

No. 01–10784. MORRISON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10785. RODRICK v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–10786. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10787. RICH v. DOTSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01–10788. STEPHENS v. BURGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.